**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:17-CR-00053-KBJ |
| ADAM H. VICTOR | ) | Judge Ketanji Jackson |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

I am admitted to practice in this Court, and I hereby enter my appearance in this matter as

counsel for the Defendant, Adam H. Victor, in the above-captioned matter.

Dated: March 21, 2017                    Respectfully submitted,

                                         /s/Samuel Rosenthal
                                         Samuel Rosenthal (DC No. 329516)
                                         Squire Patton Boggs (U.S.) LLP
                                         2550 M Street, N.W.
                                         Washington, D.C.  20036
                                         Tel: 202-457-6321
                                         Fax: 202-457-6315
                                         samuel.rosenthal@squirepb.com

                                         *Counsel for Adam H. Victor*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2017, the foregoing Notice of Appearance was filed with the Court and served upon all counsel of record through the Clerk of Court's ECF system.


Respectfully submitted,

/s/Samuel Rosenthal
Samuel Rosenthal (DC No. 329516)
Squire Patton Boggs (U.S.) LLP
2550 M Street, N.W.
Washington, D.C.  20036
Tel: 202-457-6321
Fax: 202-457-6315
samuel.rosenthal@squirepb.com

*Counsel for Adam H. Victor*