## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ADAM H. VICTOR | Case No. 1:17-cr-00053-KBJ<br>Judge Ketanji Jackson |

### NOTICE OF CHANGE OF ADDRESS

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that I, Samuel Rosenthal, appearing as counsel for Defendant Adam H. Victor have changed my firm and address from PATTON BOGGS, LLP 2550 M Street, NW, Washington, DC 20037 to NELSON MULLINS RILEY & SCARBOROUGH, LLP 101 Constitution Ave, NW Suite 900, Washington, DC 20001. My new telephone number is (202) 689-2915. My new email address is sam.rosenthal@nelsonmullins.com. Kindly add this new email address to my ECF account.

I request service of all papers, pleadings, and any other documents filed or served in this matter at the address set forth below.

Date: November 3, 2017

                                                                          Respectfully submitted,

                                                                          */s/ Samuel Rosenthal*
                                                      Samuel Rosenthal (DC No. 329516)
                                                      Nelson Mullins Riley & Scarborough, LLP
                                                      101 Constitution Ave NW, Suite 900
                                                      Washington, DC 20001
                                                      Tel: (202) 689-2915
                                                      Fax: (202) 689-2860
                                                      Email: sam.rosenthal@nelsonmullins.com

                                                      *Counsel for Adam H. Victor*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, the foregoing Notice of Change of Address was filed with the Court and served upon all counsel of record through the Clerk of Court's ECF system.

                                            Respectfully submitted,

                                        ***/s/ Samuel Rosenthal***
Samuel Rosenthal (DC No. 329516)
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Ave NW, Suite 900
Washington, DC 20001
Tel: (202) 689-2915
Fax: (202) 689-2860
Email: sam.rosenthal@nelsonmullins.com

*Counsel for Adam H. Victor*