# **APPENDIX A**

Oakland Park, Florida 33309<br>
Jacob.aronin@browardschools.com

July 21, 2017

Hon. Ketanji Brown Jackson
United States District Court Judge
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Washington DC, 20001

Dear Judge Jackson,

I am writing support of Adam Victor in a plea of leniency in his sentencing.

I first met Adam over 30 years ago, when he was engaged to his wife. From the onset of our relationship he has shown me kindness, support and understanding that feels more familial than fraternal.

We laughed together as he fought with the pressure-cooker his mother-in-law insisted on for Christmas dinner; and cried as his mother's lung cancer withered her exuberant spirit. I watched him toss his giggling children in the pool; nurse his daughter after multiple jaw surgeries and push his children to commit to their educational goals. In fact, Adam wanted his children to go to the United Nations International School, so they would understand that the world is not all privilege and comfort that we take for granted as Americans. He wanted his children to see the struggles that other people overcome so they could develop that resiliency and courage.

Over the years Adam has opened his home to me as I struggled to make my way. He loaned me the money for my apartment when my unemployment ran out. He put me up in his home when mine was uninhabitable. He included me in his 'Family Sundays,' family celebrations and holidays whenever my heart desired. However, it was never a 'command performance' – just a knowledge that the invitation was always a given.

As my life took me away from New York City, Adam always kept an open door for me. He supported my dreams, helped me lick my wounds when needed and pushed me to carry on. When I finally found love, he embraced my partner and celebrated when his wife Jo-Ann performed our wedding ceremony some 12 years later.

Though many men preach about the changes our society should make, Adam supported those who could make change happen. His philanthropy included planning for alternative energy use, under water turbines and cogeneration to leave the earth in better shape for generations to come.

Many great men are misunderstood -- they struggle with the 'reality' that suffocates our populace and yearn for the possibilities that could emerge if ego and greed were pushed aside. Adam tries to pave that road and model those behaviors for those he encounters. He works to shrug off the malicious actions of those who are driven by jealousy. His heart remains true – hoping for that better world for his family and generations to come.

I know that I am a better man for knowing Adam Victor. My twenty years in the classroom with Title 1 students has been impacted and improved with the insights that Adam shared with me. I hope the good that Adam has done will not be overshadowed by the mistake he made, that was never meant as malevolent or unpatriotic.

If I can offer any insight or support for leniency in his case, please do no hesitate to contact me. I remain,

Very truly yours,

M. Jacob Aronin
(Cell) ▓▓▓▓▓▓▓▓
(Work) ▓▓▓▓▓▓▓▓

KARLA CASTELAR
NEW YORK, NY

New York City, June 6th, 2017

Hon. Ketanji Brown Jackson
United States District Court Judge
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

Dear Judge Brown Jackson,

My name is Karla Castelar. I was born in El Salvador and am a Salvadoran citizen who served the Ministry of Foreign Affairs of El Salvador as a diplomat for a few years. I met Mr. Adam Victor three years ago through an old Brazilian friend of mine named Francisco Filho, a diplomat himself, and his husband. At the time, Mr. Victor was developing a project for the construction of a coal gasification plant in south Brazil with his company, TransGas Development Systems – Brazil.

Following Mr. Filho's recommendation, Mr. Victor asked if I could become part of the TransGas team once they opened their office in Sao Paulo, to which I agreed during our interview. We decided that I would pursue an internship at the TransGas New York office for a few months, with my husband as my companion, prior to moving to Brazil. Mr. Victor gladly made sure that all our basic necessities and expenses were covered during my stay as a TransGas intern. It did not take long to realize, for both my husband and myself, that Mr. Victor is a kind-hearted person and a very supportive friend, who welcomed us with open arms and made sure our stay in the US was pleasant.

We worked together for a year to make the project in Brazil happen. Unfortunately, the political agenda in that country became so instable that doing business there was considered a dangerous move, and we had to put the project on stand-by. My husband and I then considered going back to El Salvador and continue with the jobs we had prior to our arrival in the US. But Mr. Victor did not

abandon us and gave us the moral support we needed to try and improve our career opportunities for the future.

It was then we decided to try and pursue studies in the US. My husband applied to a degree in Computer Programming at ASA College in Manhattan and not only got accepted but was offered half a scholarship. Mr. Victor, immediately and without hesitation, offered to fully sponsor my husband's studies, for which we are, and always be, very grateful.

After that, the school suggested that the easiest immigration procedure for us to follow would be to apply for a Change of Status to F1/F2. Mr. Victor willingly covered all the related legal fees and payments that our immigration process incurred. He also helped me apply for an H1B Visa, in order to be able to start working at his company, but I unfortunately did not get it, as it is a random process. When our Change of Status case presented difficulties, Mr. Victor continued to spare no efforts, both in economic and moral support, in order to help us in this regard, making sure we got a positive response form the Immigration office.

Adam is a trustworthy person, a very constant friend and a truly honorable man who is always willing to be there for others; I have lived it and I have seen it towards his family and friends. I do not think it is possible for me to put in words how grateful my husband and I will always be to him and his family. He has been with us through countless occasions, always offering a helping hand. I strongly believe that everyone should have an honest friend like Adam. We hope that you can take these sincere words in consideration.

Respectfully yours,

*[signature]*
Karla Castelar

Aaron Daley
███████████
Madison, NJ 07940
July 22nd 2017

Hon. Ketanji Brown Jackson
United States District Court Judge
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW, Washington DC 20001

Dear Hon. Ketanji Brown Jackson:

I have known Adam Victor and his family for over 15 years. I met first Adam and his family when I visited my uncle who trains race horses in New Jersey. Adam was, has and is generous with his time which is a great attribute. Keeping in touch with Adam I was fortunate to be offered the opportunity to move from my native Australia to work full time with Adam for his energy company in New York. The time I worked for Adam was an extremely important part of my professional and personal life.

Professionally I had the pleasure to learn an incredible amount about the energy industry, the financial world and the world community. My exposure and introduction to the energy industry included working on Adam's Project orange co-generation facility located in Syracuse, NY and working on large scale innovative energy development projects. I visited Romania, Belarus and Germany as a representative of Adam's in an effort to research development opportunities. In Belarus, I was fortunate to have Adam's very close friend, Stephan Solzhenitsyn, who is the son of Alexander Solzhenitsyn, the famous Russian author, travel to meet with me and discuss energy development ideas with our hosts. Such exposure is something professionally that was extremely unique and opened my eyes to the greater world stage and Adam's endless desire to seek out the best in all possibilities.

Personally, I was very fortunate to have had the opportunity to work in the US as I met my American wife with whom I now have 2 beautiful children. I was also very blessed to gain American citizenship. None of this would have been possible without Adam's belief and trust in me and the incredible opportunity he gave me. I have since become successful within the energy industry in other endeavors though I am fully aware and appreciate that without Adam it would not have been possible. I am very pleased to have worked for Adam, learned from Adam and to be his friend.

Hon. Ketanji Brown Jackson
Page 2

Sincerely,

Aaron Daley



New York, NY 10016

November 29, 2017

Dear Judge,

I am writing this letter to you today to attest to the character of Adam Victor and the work that he has done for those in need. I have known Adam over 14 years. I met him purely by chance, as he, acting as the board President of Manhattan Place Condominium, went looking for a replacement superintendent in the building. Being a strong supporter of the country's military, he wanted to have someone that was retired from the Navy for this position. I received an email from a friend still in the Navy about this job opening. Being a newly retired Navy Chief I applied for the position. After meeting with Adam on a few occasions, and discussing the job and my qualification's, he offered me the job. This is no small thing, as these types of jobs are coveted here in the city. As Manhattan Place Condominium is a high end white glove building. These jobs normally go to those that have been in the industry for many years before running a building of this size. However, Adam knew that hiring ex-navy would work out well. As running a building of this size is a lot like running a naval ship. I have to say that this has been a great opportunity for me and over the past 14 years the building. because of Adams leadership on the board has continued to be one of the city's premier buildings. Even after the building sustained over 10 million dollars in damage following Hurricane Sandy, the building is better now than ever due to his guidance, knowledge and leadership. I have learned many things from him over the years. One thing that really stands out is his willingness to help others in need.

I have learned many things from Adam over the years. One thing that really stands out is his willingness to help others in need. Recently, he spearheaded a clothing drive for those affected from the two consecutive hurricanes to hit the US mainland. Originally working with both the Red Cross and AmeriCares, he was able to gather over 50 large bags of clothing, blankets and other items. Due to the overwhelming number of items received by these two agencies they were not taking any more clothing items, only monetary donations. Not to be deterred he was able to find a local agency here in New York City that took the items and used them for those in need.

In addition, four years ago when Super Typhoon Yolanda, which was the strongest storm to ever hit land, devastated the southern Philippines, he contacted government officials there to offer a portable gas turbine generator to help bring power to the affected area. He was at that time asked by the United Nations Development Program to ascertain the ability to find a suitable location to place this equipment. Once dispatched to the affected

area this trip took on a whole new mission. One in which he prepared a detail report to the UN and the Philippine government on what was needed on a whole for power restoration in the area and for the future of new infrastructure and needs to help in the event of future devastating natural disasters. This act of kindness is very dear to me and my family as I am married to a Filipina.

Adam has also taken people under his wing that have had hardship in their lives. Hardships that were destroying them. One instance of an employee who had a severe gambling problem stands out to me. This employee had been addicted to gambling for many years, and due to the amount of money he owed in debts he was really at his end. Adam stepped up and not only procured a loan in which to pay these debts off, but also made an agreement with this employee that this was his future and the time was now for him to deal with his problems head on. With Adams encouragement and guidance, he started attending gamblers anonymous, and continues to do so. Now several years later has beat his addiction and is an exemplary employee.

These instances and many others like them have garnered my utmost respect for Adam. I have come to know Adam very well since we first met. He is a true leader and I also consider him a true friend.

Sincerely,

Gregory E. De Jong

███████████████████████████
████████, Kennedy Town
Hong Kong
+852 6037-7209

July 18, 2017

Honorable Ketanji Brown Jackson
United States District Court Judge
E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW
Washington, DC 20001

RE: Character Reference for Adam H. Victor

Your Honor,

My name is Andrew Goodwin and I have been a close friend of Adam Victor and his family for nearly 25 years. Mr. Victor's son, Adam Jr., and I were grammar school classmates and have remained close friends and constant confidants during the ensuing stages of our lives. While living and working in Hong Kong for the previous 9 years, I have remained close to Mr. Victor and his family, visiting them during my visits home to New York. I believe this nearly lifelong friendship offers me a unique perspective on Mr. Victor's character and my respect for him as a committed father and a generous and caring mentor compels me to write to you today.

Mr. Victor is first and foremost a deeply loving father to his four children and was a daily positive presence in their upbringing. He was supportive and involved but never stifling - allowing each of his children to walk their own unique path, as he had done. It was into this dynamic family unit that I was welcomed as a friend of Adam Jr. After my own father passed away unexpectedly at a young age, Mr. Victor's kindness, mentorship, and generosity made a lasting impact on me, something I will never forget.

I have fond memories of joining Mr. Victor and Adam Jr. for dinner on Friday or Saturday evenings as a child and young adult. Mr. Victor, an avid history buff, drove us around the city sharing his knowledge of the different boroughs, commenting on current events, remarking on the many things he had learned in the course of a deal he was working on, asking us questions about what we were learning. As Adam Jr. and I were also baseball teammates, Mr. Victor would often take us to the batting cages in Coney Island before eating dinner at the local diner in the Brooklyn neighborhood where he was raised. Wherever we went, I always felt at home with Mr. Victor. He knew the owners and the waitstaff alike; he knew and cared about their stories; he cared about me and my story. Above all, Mr. Victor gave me his time when I needed it the most.

I know Adam Victor as someone who loves his family and friends, cares deeply about his community, and has made an enduring positive impact on both. Please feel free to contact me for any additional information.

Thank you for your consideration,

*/s/ Andrew Goodwin/*

Andrew D. Goodwin

James Kellogg

███████████

New York, N.Y. 10021

The Honorable Ketanji Brown Jackson

United States District Court Judge

E. Barrett Prettyman United States Courthouse

333 Constitution Avenue NW

Washington DC 20001

June 27, 2017

Re: Adam Victor

Dear Judge Jackson,

I have known Adam Victor for approximately 35 years. I met him in 1982 in a gym that we both belonged to in the borough of Manhattan in New York City.

I originally knew Adam as a friendly acquaintance, but over time, he became one of my closest friends, whom I saw socially, on a very regular basis. I originally liked Adam, because he is extremely intelligent, very interesting and the possessor of a highly entertaining sense of humor.

*Over time, I came to realize that Adam has accomplishments and attributes that are very admirable. He is a completely self-made entrepreneur, a strong friend and a person that is concerned with the community that he lives in. He demonstrated his loyalty when he offered me employment that helped me to get back on my feet after I had substantial economic setbacks.*

I worked for and with Adam, from approximately 1996 – 2007, on a real estate development project in New York City within the energy industry. Although Adam has earned much of his livelihood within the energy industry, he always placed great importance on how this project could help the community where it was planned for, as well as New York City in its' entirety.

Adam later helped me to obtain employment, in the management of the condominium apartment building where he lives in New York City. Adam is the president of the board in the afore mentioned building, which contains almost 500 apartments.

In 2012, when Adam's residence was badly damaged by Hurricane Sandy, he worked around the clock without pay for many weeks, managing the effort to restore the building to normalcy, so that his fellow residents would have a safe and comfortable place to call home.

Over the past 3 ½ decades, I have seen Adam in many situations and he has always acquitted himself in an admirable manner. I consider Adam to be one of the most honorable people that I know and believe that he is deserving of the utmost respect.

Very truly yours,

James Kellogg

# Catherine C. LaHart

Plattsburgh, NY 12901
Phone

...........................................................................

Hon. Ketanji Brown Jackson
United States District Court Judge
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue
NE, Washington DC 20001

Dear Judge Jackson:

Adam Victor has been a friend for over thirty years. During this time he has repeatedly demonstrated his kindness, generosity, compassion, brilliance, expertise in business, thoughtfulness and caring. He is an outstanding human being.

When my husband, Roy E. LaHart, Jr. was stricken with Multiple Sclerosis in 1984, Adam stoically stood by him. His friendship with us did not diminish, if anything, it grew stronger. When Roy passed away in 2012 I was distraught. When I spoke with Adam about feeling "lost" he quickly responded that I was always welcome to stay with them. True to his word, I have always been welcomed to stay whenever I feel the need to visit (especially during the Holidays when my loss is all the more difficult to deal with). At these special times of the year Adam doesn't want me to be alone in Upstate New York but rather with The Victors. His kindness knows no bounds and he has certainly helped me cope with my grief. Without the support of Adam, Jo-Ann and their family, my life would be a great deal more difficult. Their caring has made my grief more bearable and less of a struggle.

While coping with Roy's disease (Doctor's appointments, tests, episodes of extreme weakness) I needed to take time off from my job. It became known to me that the Superintendent of Schools, where I taught, was building a case against me for taking too much sick time, as grounds for dismissal. I spoke to Adam about this and he encouraged me to fight, which I did.

These are only a few of the many incidents over the years where Adam has proved to be a caring compassionate friend that I know I can always count on. He has proved time and again that he is certainly not a "fair weather" friend but a friend who can always be counted on to stand by you.

I thank you for this opportunity of letting me espouse the many outstanding quality characteristics of my dear friend, Adam Victor.

Sincerely,

*Catherine C. LaHart*

Catherine C. LaHart

# PAUL LATTIMORE, Jr.

███████████████

AUBURN, NY 13021

███████████████

Hon. Ketanji Brown Jackson,
United States District Court Judge
E. Barrett Prettyman United States Courthouse,
333 Constitution Ave NW, Washington, DC 20001

June 29, 2017

Dear Hon. Judge Jackson,

I have known Adam Victor for over 35 years.

I live in upstate New York. My family was a leading proponent of using New York State indigenous energy sources, such as thermal, hydro and natural gas to generate its electric power. Adam contacted us in 1981 in an effort to join forces to help foster American energy independence with clean local energy sources. To that end, my father introduced Adam to the Chancellor of Syracuse University. Syracuse University at that point was using old inefficient boilers originally designed to burn coal for its heating needs. Syracuse University in fact operated one of the largest steam heating systems in the Eastern United States, providing steam to three hospitals, two universities and the Syracuse Public Housing Authority. They were in the process of converting their boilers to run on municipal solid waste, better known as garbage. Because the University steam plant was located adjacent to a minority area of public housing, the public outcry of trucking garbage into the area, burning it and providing steam to well to do institutions was the height of environmental injustice and simply not an optimal solution to the energy situation.

Adam offered an alternative to the burning of garbage and proposed using clean natural gas instead. Adam worked at length with the local community to gain their trust and respect. He paid for three delegates of the local community to travel to Holland to see how clean and quiet a natural gas fueled cogeneration plant, using state of the art clean technology could be. He provided video cameras so that the local delegation could film an actual working gas fueled power plant that could be shown at the local Community Meetings. This depicted exactly what a gas fueled cogeneration plant would actually look and sound like. He arranged for simple things – such as no construction before 8AM and complete fencing around the construction site to insure that local children would not fall into holes or get hurt playing at the construction site, which was a big concern of the community. After significant negotiation, Adam was responsible for the University agreeing to provide two scholarships per year for 40 years to the top male and female graduates from the local high school serving this 6000 person low income community. He then arranged for a yearly contribution to the credit union serving the local community.

Adam operated the plant like he developed it. He insisted that the institutional plant operator spend, what amounted to be over $700,000, to fix a vexing problem of a whistle like noise that could only be heard above the 10th floor of the Public Housing units. The Public Service Commission did not even require this fix. Adam did it on his own.

When in the late 1990's New York State policy effectively used the threat of eminent domain to seize the power contracts owned by the independently owned power plants serving the local utility, as part of the utility's restructuring - Adam's institutional partners, (General Electric Capital Corporation, Met Life Capital, General Public Utilities and the Union Pacific Railroad pension fund) wanted to do what the other 45 facilities affected by this $3.5 Billion "taking" were doing – namely take the money and run.

Adam didn't do that. He bought out his institutional partners and ran the facility as promised to the local community and by then his 17 employees. He ran the facility for another 10 years – losing much of his wealth in the process – only to have his company file for Bankruptcy and be dissolved in 2011.

Throughout this period Adam and I became very close friends. I saw him handle difficult times with honestly and resolve. I know that Adam ran into resistance with his institutional partners when he always insisted on honoring the commitments he had made, to the point where they would consider him obstinate. They didn't understand and appreciate that to Adam, his word was his word, whether it was to an institution, the community, an employee or a friend.

Adam is an extremely honest and trustworthy man who honors his commitments even when honoring his commitment costs him tremendously. In 20 years, not one of his institutional partners ever met with, let alone broke bread with anyone from the local community, as Adam did. No matter how difficult times may have been for him, he always took the time to ask how my family and I were. When I had a medical issue, I could always count on Adam to be there to talk to – to offer advice, to offer hope and offer his time to see if I was OK.

I am proud to have Adam as one of my closest friends.

Respectfully,

*[signature]*

Paul Lattimore, Jr.



New York, NY 10027
July 27, 2017

United States District Court
Judge E. Barrett Prettyman United States Courthouse
333 Constitution Ave NW
Washington DC 20001

To the Honorable Ketanji Brown Jackson:

First and foremost, sincerest thanks in advance for receiving my note. I received a call from one of my dearest friends Adam Victor Jr. - who I've known for thirteen years since our first-time meeting as freshmen at the University of Pennsylvania - to write a letter of character for a man we both adore in his father Adam Sr. I was flattered and honored to say the least. I firmly believe that there's family that you're born with and there's family you choose and that finds you. The Victors are the family that found me, and Mr. Victor and his wife have been my "East Coast Mom and Dad" for many years.

I was born in South Los Angeles to very humble beginnings. I was taught early on that we are all able to achieve our greatest dreams with hard work, determination and persistence and I've been fortunate to have many blessings and privileges following those principles. I consider the Victor clan and Mr. Victor particularly one of those blessings that have come into my life. Even ahead of my move to New York City over nine years ago, Mr. Victor welcomed me into his home as a part of his family from day one. Offering mentorship, a place to stay while visiting the city and even Thanksgiving dinner when I had no way of getting back home to family in Los Angeles, he has always been there for me. For some, he may be a bit of an enigma and hard to get to know. Beyond the bib, overalls, workmen boots and flannel shirts he wears around his friends and big personality lies an incredibly genuine, giving, brilliantly intellectual and endearing human being who would do anything for his family. I look up to Mr. Victor personally and professionally as a beacon of inspiration. I'll never forget the night he invited myself and Adam Jr. to have dinner at Del Rio Diner in his childhood neighborhood in Brooklyn. It was then, witnessing Senior eat the same order he did as a child growing up from humble beginnings himself, grinning from ear to ear that I realized we were one in the same. Mr. Victor is truly a symbol of the American dream and a testament that you with the same rules my own mother taught me, anything is possible including a bright future for your family (and extended ones as well). I am honored to be able to write this reference on his behalf.

Sincerely,

Stinson Parks III

Susan Schwartz

New York, NY 10016

July 25, 2017

Hon. Ketanji Brown Jackson,
United States District Court Judge
E. Barrett Prettyman United States Courthouse,
333 Constitution Ave NW, Washington, DC 20001

Dear Hon. Judge Jackson:

It is my privilege and pleasure to provide a character reference for Adam Victor, a longtime friend; we go back approximately 19 years! He has the most prestigious position, President of the Board of Manhattan Place Condominium for at least 20 or more years. He is Greatly admired, respected and trusted by All the residents and employees, of this 485 Unit apartment Building in midtown Manhattan, for his Superior intellect and Heart of Gold. He gets standing ovations at Annual Meetings because of the huge appreciation of the residents for the volunteer effort he puts in maintaining our homes. Being an engineering graduate of Cornell University he stayed with the building in the aftermath of Hurricane Sandy and her 8 foot wall of water that plummeted into our building and met with hundreds of firms to negotiate the best electrical, plumbing and other construction contracts for our condo, as our electric infrastructure, lobby, water service and elevators were all destroyed by Hurricane Sandy, leaving the building with no electricity, no elevators, no hot water, no heat, no lighting for weeks. This led most residents to evacuate our blacked-out building for several weeks, while Adam worked for no pay with both Security Teams and Engineering Teams day and night to keep the building safe and in a condition where the over 1100 residents could safely return to the building.

Adam is responsible for Manhattan Place having the lowest common charges of any building in the entire city as well as No assessments for all work completed here. He insists that every contract be put out to bid so that we get the lowest price. Our infrastructure was totally damaged from Hurricane Sandy and Adam carried on unrelentingly getting contracts to bid out to save us millions of dollars in repair and again no assessments. For most of us, our apartment here represents our biggest financial investment, so keeping our condominium financially secure keeps us financially secure.

Over the years our building has become ethically diverse, as we are nearly adjacent to the United Nations as well as the largest Hospital complex in New York City, NYU Medical Center, with doctors and diplomats from around the

world living in our building. Adam has insisted on an inclusive building to make All tenants feel at home, having the building sponsor not only Christmas and Chanukah parties, but also Kwanza, Diwali, Ramadan celebrations so that everyone feels part of the Manhattan Place Condominium Community. Our staff, who loves him are Latino, African American, Indian, Muslim, and from the Philippines. Adam convinced the Board to hire a Veteran as our Superintendent and to hire an openly gay woman as our Health Club Manager, because both were the best applicants for job. I believe we have the best run Condominium in the City.

Adam works days and nights for us and doesn't make a penny.

I call Adam my Knight in shining Armor. Specifically, as a single woman, who is a grandmother, there have been large issues with personnel over these 19 years that I've been unable to resolve on my own and I've asked Adam for his help. Never once over these 19 years has he ever said to me he Can't, doesn't have the time or pass the job to someone else all of which he could easily do. I had an incident just a few years ago where one of the building front doormen was hoarding all my Mail, which included my various identifications. I tried unsuccessfully to stop it. I called Adam regarding this and within 24 hours he not only straightened out the Miscommunication but also had the employee apologize to me.  Not only did he apologize to me, he Personally presented me with a beautiful floral bouquet he had bought for me! I was called downstairs to the front desk and I was presented with the flowers that were from this doorman. And we've been good friends ever since thanks to Adam and the conciliatory manner he handled the entire issue.  Another Huge problem occurred around two years ago when all my boxes and packages were being held in the closet around the holiday time and I was frantically calling companies to see why they hadn't shipped my packages and they all said not only did we ship them we have the names of the employee's who signed them into the building. Again I tried very hard to fix the problem and failed.  I immediately contacted Adam and within 24 hours was able to provide the perfect solution to the problem.

Lastly and most recently the Health Club problem involved the Superintendent of the building along with the Manager of the Health Club. When I first moved to Manhattan place I signed an Owner's contract and when given a choice put my Family with me on the contract giving them the right to use the Health Club as often as they wanted, not limiting the times the club can be used before payment is required, as it is now for new owners. For 19 years my contract was adhered to until certain staff told me I must now follow the rules in place because my papers were destroyed in Hurricane Sandy. They were in the main files that were swept away by Hurricane Sandy's 8-foot Flood. They refused to budge on the matter, even though they knew I always had operated under this contract all these years, and I again contacted Adam and once again he solved the problem within 24 hours. He emailed those involved that they couldn't ignore the fact that I bought my place under the previous rules and it wasn't right or proper for me to lose my rights just because Hurricane Sandy's Floodwaters destroyed my paperwork. Within 10 Minutes of receiving this email, the Superintendent sent me an email

with a copy to Adam that the issue is completely resolved and I am able to be with my daughter and my grandchildren in our Healthclub. Adam handled this matter in such a way that all parties were happy and satisfied with the results. All owners who bought our apartments under the old rules still have our rights, even though our contracts containing those rights physically perished in the Flood.

Adam is so highly thought of here at Manhattan Place, when Adam speaks, Everyone Listens...

Please do not hesitate to get in touch with me if you have any questions at all.

Respectfully submitted,

*Susan Schwartz*

Susan Schwartz.